IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL NO. 20-30027-SMY |
| vs. | ) | |
| | ) | |
| ANDREW CRAIG, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF FACTS

The parties hereby stipulate that, if this case had proceeded to trial, the Government would have proven the following beyond a reasonable doubt:

1.     On December 31, 2019, Defendant Andrew Craig was an inmate at the Federal Correctional Institution at Greenville, Illinois, in Bond County, within the Southern District of Illinois.

2.     On the above date, the defendant knowingly possessed a cellular phone.

3.     A cellular phone is a prohibited object for a federal inmate to possess.

4.     This stipulation of facts is intended only to provide the Court with a sufficient foundation to accept the defendant's guilty plea and is not necessarily an exhaustive account of the defendant's criminal activity.

1

## SO STIPULATED:

_Chris_     08-26-20

ANDREW CRAIG
Defendant

Angela Scott

ANGELA SCOTT
Assistant United States Attorney


_Preston Humphrey_ (signature)

PRESTON HUMPHREY
Attorney for Defendant


Date: 8/26/20

Date: 8/7/20

2